IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**VINCENT FREDERIC DIAL,**

Plaintiff,

v.   Civil Action No. **3:08CV681**

**CARLETHIA VINCENT,**

Defendant.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiff's denial of access to the courts claim is DISMISSED WITH PREJUDICE;

2. Claims A and B are DISMISSED WITH PREJUDICE;

3. The reasoning of the Report and Recommendation is ACCEPTED AND ADOPTED;

4. The action is DISMISSED; and,

5. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

Date: 6-18-10
Richmond, Virginia

/s/
James R. Spencer
Chief United States District Judge